Paragon Press, Appellee, v. Wilson and Company, Inc., Appellant.

Gen. No. 38,837.

opinion filed June 28, 1939; rehearing denied July 11, 1939. Brown, Gembick, Ware & Freeman, for appellant; Paul Ware and Marshal Wiedel, of counsel; Joseph P. Savage, for appellee; Chas. H. Kinnane and W. F. McLaughlin, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''